**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK NATIONAL TRUST,

    Plaintiff,

v.

D. JONATHAN AGUILAR, et al.,

    Defendants.
_____/

No. C-12-00298 DMR

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

On January 19, 2012, *pro se* Defendant Delia Aguilar removed this action from Contra Costa County Superior Court. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Susan Illston to determine whether it is related to Case No. C-11-5687-SI, *Deutsche Bank Trust Company Americas v. Aguilar, et al.*

IT IS SO ORDERED.

Dated: January 24, 2012

IT IS SO ORDERED
Judge Donna M. Ryu

_____
DONNA M. RYU
United States Magistrate Judge