United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK NATIONAL TRUST,

    Plaintiff,

 v.

D. JONATHAN AGUILAR, et al.,

    Defendants.

      /

No. C 12-298 SI
Related case: C 11-5687 SI

**ORDER RELATING CASE TO C 11-5687 SI; GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*; REMANDING CASE TO CONTRA COSTA SUPERIOR COURT**

On January 24, 2012, Magistrate Judge Ryu issued a *sua sponte* Judicial Referral for Purposes of Determining Relationship of Cases, referring this case for a determination of whether it is related to *Deutsche Bank Trust Company Americas v. Aguilar et al.*, C 11-5687 SI. The Court finds that these cases are related under the Civil Local Rules because C 11-5687 SI and C 12-298 SI are identical; in both cases, defendant Delia Aguilar removed the same unlawful detainer action from the Superior Court for the County of Contra Costa.

On January 12, 2012, the Court remanded C 11-3587 SI to state court, finding that this Court lacked jurisdiction over the unlawful detainer case. Docket No. 13 in C 11-5687 SI. On January 19, 2012, defendant again removed the unlawful detainer case, asserting the same defective grounds for jurisdiction that defendant previously asserted in C 11-5687 SI. *Compare* Docket No. 1 in C 11-5687 SI and Docket No. No. 1 in C 12-298 SI.

For all of the reasons set forth in the Court's January 12, 2012 order in C 11-5687 SI, this Court

lacks jurisdiction over this unlawful detainer action, and this case is hereby REMANDED to the Superior Court for the County of Contra Costa. <u>Defendants are directed not to remove this action again, and are informed that any future removal of this unlawful detainer action will be assigned to this Court</u>.

**IT IS SO ORDERED.**

Dated: January 25, 2012

SUSAN ILLSTON
United States District Judge